

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BUFORD-THOMPSON COMPANY, LLC d/b/a BTC, | § | No. 08-24-00040-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 112th District Court |
| v. | | |
| | § | of Upton County, Texas |
| RANKIN INDEPENDENT SCHOOL DISTRICT, | § | (TC# 23-231-DCCV- 05050) |
| Appellee. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs of appeal and that this decision be certified below for observance.

IT IS SO ORDERED this 21st day of April 2025.


MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.
Soto, J., concurring without written opinion